**Order filed October 3, 2019**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00545-CV

———————

## SILVA RUBIO, Appellant

## V.

## HARRIS COUNTY, ET AL, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-27216**

## ORDER

On September 24, 2019, we issued an order directing the Harris County District Clerk to file a supplemental clerk's record containing intervenor Silva Rubio's Motion for Reconsideration of the May 10, 2019 Order to Disburse Excess Proceeds. *See* Tex. R. App. P. 34.5(c). We stated that if the requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certification so stating.

On October 1, 2019, a supplemental clerk's record was filed containing the **order** denying the motion for reconsideration. The motion for reconsideration itself is not contained in the supplemental clerk's record, nor is there is a certification stating the motion for reconsideration is not part of the case file.

The Harris County District Clerk shall file another supplemental clerk's record containing the motion for reconsideration at issue. If that motion is not part of the case file, the district clerk is directed to file a supplemental clerk's record so stating. The supplemental clerk's record is due on or before **October 11, 2019**.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.